(85 South. 926)

HOWE v. C. H. BOYD & CO. (4 Div. 602.) (Court of Appeals of Alabama. June 10, 1920.) Appeal from Circuit Court, Coffee County; A. B. Foster, Judge. W. W. Sanders, of Elba, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(84 South. 926)

JACKSON v. STATE. (1 Div. 354.) (Court of Appeals of Alabama. April 13, 1920.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. J. Q. Smith, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

(85 South. 926)

JACKSON et al. v. STATE. (4 Div. 656.) (Court of Appeals of Alabama. June 30, 1920.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. Tobe Jackson and others stand indicted by the grand jury of Barbour county on a charge of murder in the first degree. Petition was filed for writ of habeas corpus, praying that the defendants be allowed bail pending their trial. From an order denying bail, petitioners appeal. Reversed and remanded, with directions.

Jones, Thomas & Jones, of Montgomery, Comer & Son and Chauncey Sparks, all of Eufaula, and Farmer, Merrill & Farmer, of Dothan, for appellant.

Counsel discuss the evidence, and insist that it would not justify a conviction of the highest offense, and hence that the defendants were entitled to bail under section 16, Const. 1901. In support of their contention they cite 34 Ala. 270; 63 Ala. 234; 78 Ala. 414; 95 Ala. 22, 11 South. 14; 11 Ala. App. 70, 65 South. 857.

J. Q. Smith, Atty. Gen., and McDowell & McDowell, of Eufaula, for the State.

The court trying the case heard the witnesses, and his judgment will not be disturbed, unless clearly erroneous. 5 Ala. App. 271, 59 South. 313; 1 Ala. App. 265, 56 South. 20; 158 Ala. 216, 48 South. 391; 53 Ala. 498; 58 Ala. 275; 55 Ala. 250; 95 Ala. 22, 11 South. 14. Under these authorities and under the evidence in this case the court rendered the proper judgment in denying bail.

PER CURIAM. The law governing this class of cases has been so often and so clearly defined by both the Supreme Court and this court that an attempt to further state it would be a work of supererogation. In view of the fact that this case must be tried before a jury, comments upon the testimony in this record will not be made lest it have a tendency to prejudice the jury upon the final trial. Suffice it to say, we have carefully examined the record, and are of the opinion that the evidence is not such as would warrant the infliction of the extreme penalty of the law as against the petitioners. That being the case, it follows that the petitioners are entitled to bail in a reasonable amount to be fixed by the trial court, taking into consideration the gravity of the offense, the condition in life of the petitioners, and their ability to make bail, to the end that they will appear to answer the indictment which has been preferred against them. The order of the circuit judge denying bail is reversed, and the cause remanded, with instructions that bail be fixed in accordance with the Constitution and laws of this state as hereinabove indicated. Reversed and remanded, with instructions.

(87 South. 926)

KILGORE v. HINES, Director General. (5 Div. 335.) (Court of Appeals of Alabama. Nov. 9, 1920.) Appeal from Circuit Court, Chilton County; F. Loyd Tate, Judge. Victor J. Heard, of Clanton, for appellant. Lawrence F. Gerald, of Clanton, for appellee.

PER CURIAM. Appeal dismissed on motion of appellant.

(81 South. 894)

KIRBY v. SIMMONS. (7 Div. 556.) (Court of Appeals of Alabama. Jan. 16, 1919.) Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge. Isbell & Scott, of Ft. Payne, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(85 South. 926)

KNOX v. STATE. (6 Div. 614.) (Court of Appeals of Alabama. Jan. 16, 1920.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. Dexter Knox was convicted of a violation of the prohibition law, and he appealed. Appeal dismissed.

(85 South. 926)

LAMBERT v. STATE. (5 Div. 319.) (Court of Appeals of Alabama. May 12, 1920.) Appeal from Circuit Court, Chilton County; F. Lloyd Tate, Judge. J. Q. Smith, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed on motion of Attorney General.

(82 South. 895)

LEWIS v. STATE. (8 Div. 632.) (Court of Appeals of Alabama. June 30, 1919.) Appeal from Circuit Court, Colbert County; C. P. Almon, Judge. J. Q. Smith, Atty. Gen., for the State.

BRICKEN, J. Appeal dismissed.

(85 South. 926)

McCURDY et al. v. BROCK. (6 Div. 606.) (Court of Appeals of Alabama. April 22, 1920.) Appeal from Circuit Court, Jefferson County; H. A. Sharpe, Judge. H. J. Martin, of Birmingham, for appellant. James Barton, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.